PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:99CR00328-01 |
| ) | |
| George ENTENDENCIA ) | |
| ) | |

On October 30, 2000, the above-named was placed on Probation for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated:   April 21, 2005
         Sacramento, California
         KMM

**REVIEWED BY:**   /s/Rafael G. Loya
         **RAFAEL G. LOYA**
         **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   George ENTENDENCIA**
      **Docket Number:   2:99CR00328-01**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: May 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

KMM/cp

Attachment:   Recommendation
cc:           United States Attorney's Office

Ddad1/orders.criminal/entendencia0328.prob

Rev. 03/2005
PROB35.MRG